UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

                Plaintiff,

      - v. -

$399,109.93 IN UNITED STATES CURRENCY
FORMERLY HELD IN ESCROW BY ESCROW
SHOWCASE, INC., ESCROW FILE NUMBER
4507-HA, FROM THE SALE OF 2635 ANNA
STREET, RIVERSIDE, CA 92506,

                Defendant-*in-rem*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDGMENT OF FORFEITURE

23 Cv. 5750 (JGLC)

WHEREAS, on or about July 5, 2023, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendant-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) and 981(a)(1)(C);

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on July 8, 2023 through August 6, 2023, and proof of such publication was filed with the Clerk of this Court on September 8, 2023 (D.E. 3);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate

2

the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the notice on the official government internet site; and

WHEREAS, on or about July 13, 2023, direct notice of the Verified Complaint was sent by certified electronic mail to the following parties:

- i. Christian Rosa Weinberger, to all known email addresses;
- ii. Christian Rosa Weinberger
  c/o Roger A. Burlingame, Esq.
  Dechert LLP
  1095 Avenue of the Americas
  New York, NY 10036
  Roger.burlingame@dechert.com;
- iii. Christian Rosa Weinberger
  c/o Teny R. Geragos, Esq.
  Brafman & Associates, PC
  256 Fifth Avenue, 2nd Floor
  New York, NY 10001
  tgeragos@braflaw.com;
- iv. Christian Rosa Weinberger
  c/o Robert C. Gottlieb & Associates, LLP
  111 Broadway, Suite 701
  New York, NY 10006
  rgottlieb@robertcgottlieblaw.com;
- v. Sophie Severin, to all known email addresses

(i. through v., collectively, the "Noticed Parties");

WHEREAS, the Noticed Parties are the only individuals and/or entities known to the Government to have a potential interest in the Defendant-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant-*in-rem* shall be, and the same hereby is forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendant-*in-rem* according to law.

Dated: New York, New York
       September 25, 2023

SO ORDERED:

*Jessica Clarke*
_____
HONORABLE JESSICA G.L. CLARKE
UNITED STATES DISTRICT JUDGE